## Case No. 177.

### ALEXANDER v. WEST'S EX'X.

#### [1 Cranch, C. C. 88.][1]

Circuit Court, District of Columbia. April Term, 1802.

JUDGMENTS — VACATING ON PLEA OF "NEVER EXECUTRIX."

An office judgment may be set aside on the plea of "Never executrix."

At law. The plea of "Never executrix" was admitted to set aside an office judgment.

MARSHALL, Circuit Judge, said he agreed, as this was a new case, but he should not agree again to admit such a plea to set aside an office judgment after the first term, but upon affidavit that it was not intended for delay.